THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: February 27, 2018



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE<br>Russell M Greengo<br><br>    Debtor. | Chapter: 13<br><br>Case No. 16-31154-beh |

**ORDER PURSUANT TO HEARING UPON MOTION OF U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST FOR RELIEF FROM THE AUTOMATIC STAY AND ABANDONMENT**

Pursuant to the renewed motion of U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust for an order for relief from the automatic stay and abandonment with respect to the property located at 15160 Franklin Dr, Brookfield, WI 53005-4107, this matter was heard on February 13, 2018, the movant appearing through its counsel, Gray & Associates, L.L.P., by Jay Pitner, and the debtor(s) appearing through Riverwood Legal & Accounting Services, by John Devona, and Christopher Schimke appearing on behalf of the Chapter 13 trustee and upon the arguments and statements of counsel and all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the court's previous order dated December 8, 2017 is amended to provide as follows:

    1.    That the motion is denied subject to the following terms of this order.

Drafted by:

Jay Pitner
Gray & Associates, L.L.P.
16345 West Glendale Drive
New Berlin, WI 53151-2841
Phone: (414) 224-8404
Fax: (414) 224-1279
Email: jpitner@gray-law.com

2. That the debtor shall pay the post-petition arrearage which exists through the end of February 2018 in the amount of $5,028.28 by supplementing each of the next eighteen (18) monthly mortgage payments from March 2018 through and including August 2019 with the additional sum of $279.35. Accordingly, during the eighteen (18) months in question, the debtor shall pay the sum of $1,380.92 to the movant in sufficient time to be received on or before the 16th day of each month within which each such payment is due. In the event the amount of the debtor's regular monthly mortgage payment is adjusted due to a change in interest rate or escrow requirements, the amount of the monthly payment to be made pursuant to this paragraph shall be similarly adjusted.

The arrearage is itemized as follows:

| | |
|---|---:|
| 9/1/17 through 10/1/17 | $2,135.80 |
| 2 mortgage payments @ $1,067.90 | |
| 11/1/17 through 2/1/18 | 4,406.28 |
| 4 mortgage payments @ $1,101.57 | |
| Credits / Suspense | (8.61) |
| Attorney Fees and Costs | 1,446.68 |
| Payment received 11/7/2017 | (1,070.77) |
| Payment received 11/8/2017 | (1,070.77) |
| Payment received 11/15/2017 (stop payment) | 1,070.77 |
| Payment received 12/27/2017 | (638.00) |
| Payment received 1/19/2018 | (1,243.10) |
| TOTAL ARREARAGE | $5,028.28 |

3. That commencing in March 2018 and continuing through and including August 2018, the debtor shall make all monthly mortgage payments to the movant in sufficient time to be received on or before the 16th day of each month in which each such payment is due. In the event any such payment is not received in a timely manner, the movant, its servicing agent or its counsel may submit an affidavit of default and proposed order for immediate relief from the automatic stay to the court for signature.

4. That commencing in September 2018, the debtor shall make all monthly mortgage payments to the movant in sufficient time to be received on or before the 16th day of each month in which each such payment is due. In the event any such payment is not received in a timely manner, counsel for the movant may request by letter another hearing upon the motion for relief from the automatic stay.

5. Pending further notice, the amount of the monthly mortgage payment is $1,101.57 and payments shall be made to the movant at Caliber Home Loans, Inc., P.O. Box 650856, Dallas, TX 75265-0856.

6. Abandonment of the bankruptcy estate's interest in the property shall be effective when the automatic stay no longer applies to the movant and its interest in the property.

#####